**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Hormel Foods Corporation, et al.,**

**Plaintiffs,**

**v.**

**Degussa-Huls Corporation, et al.**

**Defendants.**

**Civil No. 01-1141 ADM/SRN**

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 29, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate Judge on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

Hormel Foods Corp vs. Degussa-Huls Corporation

NEW CASE NUMBER CIVIL 01-1141 ADM/JMM

Use this case number for all further filings.